UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-35820-H4-7 |
| | § | |
| CAROLYN JEAN LAFLEUR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph M. Hill, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,193,456.01 | Assets Exempt: | $16,749.86 |
| Total Distributions to Claimants: | $20,733.74 | Claims Discharged Without Payment: | $7,283.27 |
| Total Expenses of Administration: | $21,281.26 | | |

3)   Total gross receipts of $42,015.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,015.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $3,280.92 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,281.26 | $21,281.26 | $21,281.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,017.27 | $2,017.27 | $2,017.27 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $25,999.74 | $25,999.74 | $18,716.47 |
| **Total Disbursements** | $0.00 | $52,579.19 | $49,298.27 | $42,015.00 |

4). This case was originally filed under chapter 7 on 07/05/2011. The case was pending for 55 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2016      By:  /s/ Joseph M. Hill
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Post-petition rents - 74 History Row, The Woodlands, Texas 77380 | 1122-000 | $13,850.00 |
| Adv. No. 12-3314; JMH v. Carolyn Jean LaFleur | 1241-000 | $28,165.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,015.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 4110-000 | $0.00 | $3,280.92 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,280.92** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P. , Trustee | 2100-000 | NA | $4,951.50 | $4,951.50 | $4,951.50 |
| Cage, Hill & Niehaus L.L.P. , Trustee | 2200-000 | NA | $155.24 | $155.24 | $155.24 |
| George Adams | 2300-000 | NA | $50.27 | $50.27 | $50.27 |
| George Adams & Co | 2300-000 | NA | $13.98 | $13.98 | $13.98 |
| Integrity Bank | 2600-000 | NA | $1,213.68 | $1,213.68 | $1,213.68 |
| Attorney for Trustee | 3110-000 | NA | $9,856.80 | $9,856.80 | $9,856.80 |
| Attorney for Trustee | 3120-000 | NA | $357.62 | $357.62 | $357.62 |
| Accountant for Trustee | 3410-000 | NA | $4,626.92 | $4,626.92 | $4,626.92 |
| Accountant for Trustee | 3420-000 | NA | $55.25 | $55.25 | $55.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$21,281.26** | **$21,281.26** | **$21,281.26** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 5800-000 | $0.00 | $2,017.27 | $2,017.27 | $2,017.27 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,017.27 | $2,017.27 | $2,017.27 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1b | Internal Revenue Service | 7100-000 | $0.00 | $2,228.29 | $2,228.29 | $1,604.08 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $7,514.76 | $7,514.76 | $5,409.66 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $16,256.69 | $16,256.69 | $11,702.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $25,999.74 | $25,999.74 | $18,716.47 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
| Case Name: | LAFLEUR, CAROLYN JEAN | | Date Filed (f) or Converted (c): | 07/05/2011 (f) |
| For the Period Ending: | 2/5/2016 | | §341(a) Meeting Date: | 08/09/2011 |
| | | | Claims Bar Date: | 04/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   59 Olmstead Row, The Woodlands, Texas 77380 | $566,890.00 | $0.00 | | $0.00 | FA |
| 2   59 Olmstead Row, The Woodlands, Texas 77380 | $0.00 | $0.00 | | $0.00 | FA |
| 3   74 History Row, The Woodlands, Texas 77380 | $615,400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Rent at $3950 per month- tenants are Judith & Gary Carter | | | | | |
| 4   Post-petition rents - 74 History Row, The Woodlands, Texas 77380 | $0.00 | $13,850.00 | | $13,850.00 | FA |
| **Asset Notes:**   Rent at $3,950 per month - tenants are Judith & Gary Carter | | | | | |
| 5   Wood Forest Bank Business Checking account #9339 | $7,821.33 | $0.00 | | $0.00 | FA |
| 6   Wells Fargo Bank Checking account #0166 | $3,940.84 | $0.00 | | $0.00 | FA |
| 7   Wood Forest Bank Business Checking #0269 | $548.93 | $0.00 | | $0.00 | FA |
| 8   Wood Forest Bank Checking account #8754 | $30.42 | $0.00 | | $0.00 | FA |
| 9   Wells Fargo Bank Checking account #7084 | $25.03 | $0.00 | | $0.00 | FA |
| 10  Capital One Bank Checking account #9746 | $21.18 | $0.00 | | $0.00 | FA |
| 11  Capital One Bank Business Checking acct? # 2932 DBA Sustainable Systems Engineering | $25.00 | $0.00 | | $0.00 | FA |
| 12  Capital One Bank Business Checking Acct. # 2940 DBA Engineering Support | $25.00 | $0.00 | | $0.00 | FA |
| 13  Capital One Bank Business Checking acct.# 2959 DBA Orb Energy Development | $25.00 | $0.00 | | $0.00 | FA |
| 14  Wells Fargo Bank Checking account #4588 escrow account | $5.00 | $0.00 | | $0.00 | FA |
| 15  Appliances, Dinette set, sofa, loveseat, 2 chairs, coffee table, 2 end tables, 7 lamps, entertainment center, 4 TVs, 2 DVDs, 2 radios; | $1,000.00 | $0.00 | | $0.00 | FA |
| 16  200 books, 20 pictures | $400.00 | $0.00 | | $0.00 | FA |
| 17  30 dresses, 6 pant suits, 8 blazers, 10 skirts, 30 slacks, 30 blouses, 20 shoes; 3 suits, 5 sports coats, 1 blazers, 14 slacks, 4 shoes; | $400.00 | $0.00 | | $0.00 | FA |
| 18  2 wedding rings, earrings, costume jewelry; | $500.00 | $0.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 11-35820-H4-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | LAFLEUR, CAROLYN JEAN | Date Filed (f) or Converted (c): | 07/05/2011 (f) |
| For the Period Ending: | 2/5/2016 | §341(a) Meeting Date: | 08/09/2011 |
| | | Claims Bar Date: | 04/12/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>(Scheduled and<br>Unscheduled (u) Property) | **Petition/<br>Unscheduled<br>Value** | **Estimated Net Value**<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned**<br>OA =§ 554(a) abandon. | **Sales/Funds<br>Received by<br>the Estate** | **Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets** |
| 19 | 3 pistols, 1 12 gauge shotgun, 2 Trek bicycles, 1 35 mm camera, with lenses, 1 camcorder; | $1,000.00 | $0.00 | | $0.00 | FA |
| 20 | Carolyn Jean LaFleur, PE d/b/a Sustainable Systems Engineering - holds no assets | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Carolyn Jean LaFleur, PE, d/b/a Engineering Support - holds no assets | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Carolyn Jean LaFleur, PE d/b/a Orb Energy Development - holds no assets | $0.00 | $0.00 | | $0.00 | FA |
| 23 | J. Boyd & Associates III Real Estate LP (not in good standing. Registered agent Gary S. Boyd) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | J. Boyd & Associates Real Estate, Inc. (in good standing not for dissolution or withdrawal thru 05/15/12. Registered agenty Gary S. Boyd) | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Texas Professional Engineer #84349 | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Texas Real Estate License #338319; belongs to non-filing spouse | $0.00 | $0.00 | | $0.00 | FA |
| 27 | 2005 Jaguar S | $10,468.86 | $0.00 | | $0.00 | FA |
| 28 | 2 pcs, 2 printers, 2 desks, 2 file cabinets, fax; | $400.00 | $0.00 | | $0.00 | FA |
| 29 | Lawn mower, weed eater, hand tools, power tools; | $200.00 | $0.00 | | $0.00 | FA |
| 30 | Woodforest Bank Acct #2877 dba Sustainable Systems Engineering | $1,079.28 | $0.00 | | $0.00 | FA |
| 31 | Carolyn Jean LaFleur PE dba Sustainable Systems Engineering | $0.00 | $0.00 | | $0.00 | FA |
| 32 | Adv. No. 12-3314; JMH v. Carolyn Jean LaFleur  (u) | $0.00 | $28,165.00 | | $28,165.00 | FA |

Asset Notes:    Order approving joint motion to approve settlement entered 10/18/12 (92-1); Debtor shall pay $5,000 on 11/02/12; $2000 beginning 01/15/13 and continuing each quarter thereafter for the following 30 months (01/15, 04/15, 06/15 and 09/15); and $3,165 on or before 06/15/15

**TOTALS (Excluding unknown value)**                                          **Gross Value of Remaining Assets**

$1,210,205.87     $42,015.00     $42,015.00     $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
| Case Name: | LAFLEUR, CAROLYN JEAN | | Date Filed (f) or Converted (c): | 07/05/2011 (f) |
| For the Period Ending: | 2/5/2016 | | §341(a) Meeting Date: | 08/09/2011 |
| | | | Claims Bar Date: | 04/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
TFR submitted to UST on 09/11/15.
CPA's final fee app to be filed on or before 07/10/15; Projected TFR date is on or before 09/30/15. (VG)
Debtor paying on compromise (Asset #32) until June 2015. Once liquidation is complete tax returns and professional fee apps will need to be filed.

VG

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | 09/30/2015 | /s/ JOSEPH HILL |
| | | | | JOSEPH HILL |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-35820-H4-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | LAFLEUR, CAROLYN JEAN | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4759 | Checking Acct #: | ******5820 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/5/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/24/2012 | (4) | Judith & Gary Carter | March & April rent; ck #2245 dated 04/19/12 postmarked 04/20/12 | 1122-000 | $7,900.00 | | $7,900.00 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.64 | $7,898.36 |
| 05/07/2012 | (4) | Judith & Gary Carter | May rent; ck #2272 dated 05/01/12 | 1122-000 | $3,950.00 | | $11,848.36 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.67 | $11,830.69 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.47 | $11,812.22 |
| 07/20/2012 | (4) | Judith & Gary Carter | partial rent for June; ck #2343 dated 07/15/12 | 1122-000 | $2,000.00 | | $13,812.22 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.99 | $13,792.23 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.24 | $13,769.99 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.49 | $13,748.50 |
| 10/10/2012 | 5001 | George Adams & Co | Bond Payment | 2300-000 | | $13.98 | $13,734.52 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.16 | $13,712.36 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.40 | $13,690.96 |
| 12/12/2012 | (32) | Carolyn LaFleur | first payment on compromise; cashier's ck #7001871304 dated 12/04/12 | 1241-000 | $5,000.00 | | $18,690.96 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.02 | $18,663.94 |
| 01/16/2013 | (32) | Carolyn J. LaFleur | second payment on compromise; cashier's ck #7001871468 dated 01/10/13 | 1241-000 | $2,000.00 | | $20,663.94 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.66 | $20,632.28 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.06 | $20,602.22 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.23 | $20,568.99 |
| 04/15/2013 | (32) | Carolyn LaFleur | Settlement Agreement on Adv No. 12-3314 | 1241-000 | $2,000.00 | | $22,568.99 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.67 | $22,535.32 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.35 | $22,498.97 |
| 06/12/2013 | 5002 | Cage Hill & Niehaus, LLP | 06/11/13 129 Attorney fees/expenses | * | | $10,214.42 | $12,284.55 |
| | | | $(9,856.80) | 3110-000 | | | $12,284.55 |
| | | | $(357.62) | 3120-000 | | | $12,284.55 |

**SUBTOTALS**    $22,850.00    $10,565.45

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|
| Case Name: | LAFLEUR, CAROLYN JEAN | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4759 | | Checking Acct #: | ******5820 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/5/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2013 | | Cage Hill & Niehaus, LLP | Refund on Check# 5002; Order vacated 06/12/13 (doc #130) | * | | ($10,214.42) | $22,498.97 |
| | | | $9,856.80 | 3110-000 | | | $22,498.97 |
| | | | $357.62 | 3120-000 | | | $22,498.97 |
| 06/19/2013 | (32) | Carolyn J. LaFleur | compromise payment; cashier's ck #7002088768 | 1241-000 | $2,000.00 | | $24,498.97 |
| 06/28/2013 | 5003 | Cage, Hill & Niehaus, LLP | Order entered 06/19/13 Doc #134; Attorney fees/expenses | * | | $10,214.42 | $14,284.55 |
| | | | $(9,856.80) | 3110-000 | | | $14,284.55 |
| | | | $(357.62) | 3120-000 | | | $14,284.55 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.67 | $14,249.88 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.04 | $14,225.84 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.94 | $14,202.90 |
| 09/18/2013 | (32) | Carolyn LaFleur | Adv No. 12-3314 | 1241-000 | $2,000.00 | | $16,202.90 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.41 | $16,179.49 |
| 10/22/2013 | 5004 | George Adams | Bond payment | 2300-000 | | $15.40 | $16,164.09 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.09 | $16,138.00 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.19 | $16,112.81 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.98 | $16,086.83 |
| 01/15/2014 | (32) | Carolyn Jean LaFleur | compromise payment; cashier's ck #9100343721 dated 01/08/14 | 1241-000 | $2,000.00 | | $18,086.83 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.61 | $18,059.22 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.31 | $18,032.91 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.08 | $18,003.83 |
| 04/25/2014 | (32) | Carolyn Jean LaFleur | compromise pymt on Adv 12-3314; cashier's ck #9100566236 dated 04/08/14 | 1241-000 | $2,000.00 | | $20,003.83 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.31 | $19,975.52 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.22 | $19,943.30 |
| 06/18/2014 | (32) | Carolyn Lafleur | Adv No. 12-3314; cashier's ck #9100566432 dated 06/16/14 | 1241-000 | $2,000.00 | | $21,943.30 |
| | | | **SUBTOTALS** | | **$10,000.00** | **$341.25** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|
| Case Name: | LAFLEUR, CAROLYN JEAN | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4759 | | Checking Acct #: | ******5820 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/5/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.38 | $21,910.92 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.34 | $21,875.58 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.28 | $21,840.30 |
| 09/16/2014 | (32) | Carolyn LaFleur | pymt on compromise; cashier's ck #9100816979 dated 09/11/14 | 1241-000 | $2,000.00 | | $23,840.30 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.55 | $23,804.75 |
| 10/24/2014 | 5005 | George Adams | Bond payment | 2300-000 | | $34.87 | $23,769.88 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.39 | $23,731.49 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.04 | $23,694.45 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.22 | $23,656.23 |
| 01/14/2015 | (32) | Carolyn LaFleur | Adv No. 12-3314 pymt on Compromise; cashiers ck #9100817299 dated 01/12/15 | 1241-000 | $2,000.00 | | $25,656.23 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.93 | $25,616.30 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.32 | $25,578.98 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $41.26 | $25,537.72 |
| 04/15/2015 | (32) | Carolyn Jean LaFleur | Pymt on compromise; cashiers ck #9101137229 dated 04/09/15 | 1241-000 | $2,000.00 | | $27,537.72 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $41.43 | $27,496.29 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.35 | $27,451.94 |
| 06/17/2015 | (32) | Carolyn LaFleur | final payment on compromise; cashier's ck #9101137317 dated 06/01/15 postmarked priority 06/06/15 | 1241-000 | $3,165.00 | | $30,616.94 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.98 | $30,571.96 |
| 07/30/2015 | 5006 | William G West, P.C., CPA | 07/30/15 141 CPA fees/expenses | * | | $4,682.17 | $25,889.79 |
| | | | | $(4,626.92) | 3410-000 | | $25,889.79 |
| | | | | $(55.25) | 3420-000 | | $25,889.79 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $49.31 | $25,840.48 |
| 12/18/2015 | 5007 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $4,951.50 | $20,888.98 |
| 12/18/2015 | 5008 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $155.24 | $20,733.74 |
| 12/18/2015 | 5009 | Internal Revenue Service | Final Distribution on priority portion of claim #1 | 5800-000 | | $2,017.27 | $18,716.47 |
| | | | SUBTOTALS | | $9,165.00 | $12,391.83 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
| --- | --- | --- | --- | --- |
| Case Name: | LAFLEUR, CAROLYN JEAN | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4759 | | Checking Acct #: | ******5820 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/5/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2015 | 5010 | Internal Revenue Service | Final Distribution - unsecured portion of claim #1 | 7100-000 | | $1,604.08 | $17,112.39 |
| 12/18/2015 | 5011 | Capital One Bank (USA), N.A. | Final Distribution on Claim #: 2; | 7100-000 | | $5,409.66 | $11,702.73 |
| 12/18/2015 | 5012 | FIA CARD SERVICES, N.A. | Final Distribution on Claim #: 3; | 7100-000 | | $11,702.73 | $0.00 |
| | | | **TOTALS:** | | $42,015.00 | $42,015.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $42,015.00 | $42,015.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $42,015.00 | $42,015.00 | |

| For the period of 7/5/2011 to 2/5/2016 | | For the entire history of the account between 04/24/2012 to 2/5/2016 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $42,015.00 | Total Compensable Receipts: | $42,015.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,015.00 | Total Comp/Non Comp Receipts: | $42,015.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $42,015.00 | Total Compensable Disbursements: | $42,015.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,015.00 | Total Comp/Non Comp Disbursements: | $42,015.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-35820-H4-7 | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|
| Case Name: | LAFLEUR, CAROLYN JEAN | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4759 | | Checking Acct #: | ******5820 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/5/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $42,015.00 | $42,015.00 | $0.00 |

**For the period of 7/5/2011 to 2/5/2016**

| | |
|---|---|
| Total Compensable Receipts: | $42,015.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,015.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,015.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,015.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/05/2011 to 2/5/2016**

| | |
|---|---|
| Total Compensable Receipts: | $42,015.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,015.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42,015.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,015.00 |
| Total Internal/Transfer Disbursements: | $0.00 |