**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Carolyn Jean LaFleur

**Debtor(s)**

Case No.: 11–35820

Chapter: 7

ENTERED
05/02/2016

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Joseph M Hill is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/2/16

_____
JEFF BOHM
United States Bankruptcy Judge